**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NICOLE PILEGGI, <br><br> Plaintiff, <br><br> v. <br><br> WASHINGTON NEWSPAPER PUBLISHING COMPANY, LLC, <br><br><br> Defendant. | Civil Action No. 23-345 (BAH) <br><br><br> Chief Judge Beryl A. Howell |

## ORDER

Upon consideration of defendant's Motion to Dismiss, ECF No. 21, the legal memoranda in support and in opposition, and the entire record herein, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendant's Motion to Dismiss, ECF No. 21, is **GRANTED**; it is further

**ORDERED** that plaintiff's Amended Complaint, ECF No. 20, is dismissed; and it is further

**ORDERED** that the Clerk of the Court is directed to close this case.

**SO ORDERED**.

Date: January 29, 2024

_____
**BERYL A. HOWELL**
United States District Judge